

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Cynthia Larue White, Appellant

No. 06-19-00025-CR    v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27849). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by (1) replacing "PLEADED TRUE" with "Not Applicable" next to "1st Enhancement Paragraph" and (2) replacing "FOUND TRUE" with "Not Applicable" next to "Findings on 1st Enhancement Paragraph." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Cynthia Larue White, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk